UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK FAGAN and
CHRISTINE FAGAN,

                Plaintiffs,        CIVIL ACTION NO.: 7:09-cv-00369-SCR

      v.

LVNV FUNDING, LLC and
RESURGENT CAPITAL SERVICES,

                Defendants.

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same is hereby **DISCONTINUED WITH PREJUDICE**, without costs to either party as against the other.

DATED: June 9, 2009                                 DATED: June 8, 2009

/s/ Joshua N. Bleichman                      /s/ Matthew Jackson
Joshua N. Bleichman, Esq.                Pilar A. Cano, Esq.
Bleichman and Klein                          F. Matthew Jackson, Esq.
Attorneys for the Plaintiffs                 Attorneys for the Defendants
50 Commerce Street                            8 Thurlow Terrace
Spring Valley, NY 10977                    Albany, NY 12203
(845) 371-7700                                   (518) 880-6716
joshesq@aol.com                            pcano@deilylawfirm.com
                                                  mjackson@deilylawfirm.com